# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES HOOMAIAN and LISA HOOMAIAN,<br><br>Plaintiffs,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, BANK OF AMERICA, N.A., and FAY SERVICING, LLC,<br><br>Defendants. | Case No. 16-13596<br>Hon. Terrence G. Berg |

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL (DKT 28)**

This matter has come before the Court upon Plaintiffs' Motion to Compel the United States Postal Service to comply with a subpoena Plaintiffs served in February of this year. Dkt. 28. USPS has not opposed to the motion. The Court has reviewed the motion and finds good cause to grant it, so Plaintiffs' Motion is **GRANTED**.

**IT IS HEREBY ORDERED** that, within thirty (30) days of entry of this Order, USPS must provide to Plaintiffs' counsel all documents that Plaintiffs requested in their subpoena.

**SO ORDERED.**

Dated: April 26, 2017                  s/Terrence G. Berg
                                                        TERRENCE G. BERG
                                                        UNITED STATES DISTRICT JUDGE

## Certificate of Service

      I hereby certify that this Order was electronically submitted on April 26, 2017, using the CM/ECF system, which will send notification to all parties.

s/A. Chubb
Case Manager
